Opinion by SHARPE, J.

---

# James *v.* The State.

APPEAL from the Circuit Court of Shelby.
Tried before the Hon. A. H. ALSTON.

J. W. BUSH, for appellant.

MASSEY WILSON, Attorney-General, for the State.

43

The appellant in this case was indicted, tried and convicted for murder in the second degree, and sentenced to the penitentiary for fifteen years.

The judgment is affirmed.